## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTON |
| VERSUS | NO. 20-134 |
| DOROTHY SMITH<br>BEVERLY MCCRARY | SECTION M (3) |

## NOTICE OF SENTENCING

Take notice that this criminal case has been set for **SENTENCING** on **June 23, 2022, at 1:30 p.m.** before JUDGE BARRY W. ASHE, Federal Courthouse Building, 500 Poydras Street, Courtroom C351, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: March 11, 2022 | CAROL L. MICHEL, CLERK<br>By: Cherie Charles, Deputy Clerk |
| TO:<br>DOROTHY SMITH | AUSA: Chandra Menon<br>chandra.menon@usdoj.gov |
| **COUNSEL FOR SMITH:**<br>**PAUL FLEMING**<br>pfleming@fleminglaw.net | U.S. Marshal<br><br>U.S. Probation/Pretrial Services Unit |
| BEVERLY MCCRARY | **JUDGE ASHE** |
| **COUNSEL FOR MCCRARY:**<br>**RALPH WHALEN**<br>ralphswhalen@ralphswhalen.com | **MAGISTRATE JUDGE**<br><br>FOREIGN LANGUAGE INTERPRETER:<br>N/A |
| | SA Barbara Hoffler, CGIS<br>Barbara.R.Hoffler@uscg.mil |
| f you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7703 | |