UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-134 |
| BEVERLY McCRARY | SECTION M (3) |

# ORDER

Considering defendant Beverly McCrary's unopposed motion for extension of reporting date (R. Doc. 1128),

IT IS ORDERED that the motion is GRANTED and that defendant Beverly McCrary is granted an additional 45 days, or until March 23, 2023, to surrender at or before noon at the FCI Marianna facility, located at 3625 FCI Road, Marianna, FL 32446.

New Orleans, Louisiana, this 25th day of January, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE