UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-134 |
| BEVERLY McCRARY | SECTION M (3) |

## ORDER

Considering the unopposed motion of defendant Beverly McCrary to continue self-surrender date (R. Doc. 1130),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the defendant, having been sentenced to the custody of the Bureau of Prisons, is to surrender to the designated institution on or before April 6, 2023, at noon.

New Orleans, Louisiana, this 21st day of March, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE