UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-134 |
| BEVERLY MCCRARY | SECTION M |

## **ORDER**

Considering defendant Beverly McCrary's motion to reduce sentence (R. Doc. 1147),

IT IS ORDERED that defendant's motion is referred to the 821 Screening Committee for further review and screening.

New Orleans, Louisiana, this 18th day of December, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

CC: 821 Screening Committee